IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
In the Matter of            )
                            )
                            )
REASSIGNMENT OF CASES,      )
                            )
_____ )
```

ORDER OF REASSIGNMENT OF CASES

The following cases are reassigned from Judge Leslie E. Kobayashi to Judge Derrick K. Watson.  Magistrate Judges' assignments remain unchanged.

Judge Kobayashi reassigns the following cases:

1. Nakagawa v. Cnty. of Maui, Civil No. 11-00130 LEK-BMK

2. Naehu v. Read; Civil No. 11-00226 LEK-RLP

3. Kolio v. State of Hawai`i; Civil No. 11-00266 LEK-RLP

4. Ortiz v. Read,(consolidated); Civil No. 11-00381 LEK-RLP

5. Na`o v. Read,(consolidated); Civil No. 11-00382 LEK-RLP

6. Munzig v. Read, (consolidated); Civil No. 11-00384 LEK-RLP

7. Flores v. Read, (consolidated); Civil No. 11-00385 LEK-RLP

8. Bartimac v. Read, (consolidated); Civil No. 11-00386 LEK-RLP

9. Albinio v. Read, (consolidated); Civil No. 11-00387 LEK-RLP

10. Port Lynch, Inc. V. Samsung Fire & Marine Ins. Co.; Civil No. 11-00398 LEK-BMK

11. Allstate Ins. Co. V. Polumbo; Civil No. 11-00481 LEK-KSC

12. Bass v. Ostachuk; Civil No. 11-00524 LEK-KSC

13. Wilson v. Wyndham Worldwide Corp; Civil No. 11-00538 LEK-BMK

14. Lu v. Longs Drugs Stores; Civil No. 11-00563 LEK-BMK

15. <u>J&J Sports Prods., Inc. V. Ong</u>; Civil No. 11-00629 LEK-KSC

16. <u>Keahole Point Fish, LLC. V. Skretting N. Am</u>; Civil No. 11-00675 LEK-KSC

17. <u>Am. Savings Bank v. Mortg. Guarantee Ins. Corp</u>; Civil No. 11-00687 LEK-KSC

18. <u>Bauer v. Deutsche Bank Nat'l Trust Co</u>; Civil No. 12-00124 LEK-BMK

19. <u>Van Horn v. The Hana Grp, Inc.</u>; Civil No. 12-00215 LEK-KSC

20. <u>Dias v. Fed. Nat'l Mortg. Ass'n</u>; Civil No. 12-00394 LEK-KSC

21. <u>Central Pac. Bank v. Kirkeby</u>; Civil No. 12-00399 LEK-KSC

22. <u>Broyles v. Bank of Am. Bank</u>; Civil No. 12-00426 LEK-KSC

23. <u>Torres v. City & Cnty. Of Honolulu</u>; Civil No. 12-00437 LEK-BMK

24. <u>Mau v. Mitsunaga & Assocs.</u>; Civil No. 12-00468 LEK-BMK

25. <u>Nautilus Ins. Co. V. Alpha Bldg. & Restoration, Inc.</u>; Civil No. 12-00477 LEK-BMK

26. <u>Nakashima v. Hi`ipaka, LLC</u>; Civil No. 12-00512 LEK-KSC

27. <u>David S. V. Dep't of Educ., State of Hawai`i</u>; Civil No. 12-00533 LEK-RLP

28. <u>Lum-John v. Cnty of Maui</u>; Civil No. 12-00569 LEK-BMK

29. <u>Chang v. Straub Clinic & Hosp., Inc.</u>; Civil No. 12-00617 LEK-RLP

30. <u>Ramelb v. Newport Lending Corp</u>; Civil No. 12-00618 LEK-RLP

31. <u>Lauro v. State of Hawai`i</u>; Civil No. 12-00637 LEK-BMK

32. <u>Augusta v. Block by Block, LLC</u>; Civil No. 12-00664 LEK-RLP

33. <u>Adams v. City & Cnty. Of Honolulu</u>; Civil No. 12-00667 LEK-BMK

34. <u>Marn v. McCully Assocs</u>; Civil no. 12-00684 LEK-BMK

35. <u>Anthony C. V. Dep't of Educ., State of Hawai`i</u>; Civil No. 12-00698 LEK-BMK

36. <u>Rogers v. Liko Kauai Cruises, Inc.</u>; Civil No. 13-00001 LEK-RLP

37. <u>Grandinetti v. State of Hawai`i</u>; Civil No. 13-00009 LEK-RLP

38. <u>Kalama v. Segovia</u>; Civil No. 13-00038 LEK-BMK

39. <u>Manoa Boys Club, LLC v. Yogurtking, LLC</u>; Civil No. 13-000048 LEK-BMK

40. <u>Carroll v. Cnty. of Maui</u>; Civil No. 13-00066 LEK-KSC

41. <u>Howard v. Hawaiian Moons Natural Foods, Inc.</u>; Civil No. 13-00072 LEK-KSC

42. <u>Campbell v. State of Hawai`i, Dep't of Educ.</u>; Civil No. 13-00083 LEK-RLP

43. <u>Moniz v. State of Hawai`i</u>; Civil No. 13-00086 LEK-BMK

44. <u>Kalaola v. Perry Mgmt. Corp. Of S. Dakota, LLC</u>; Civil No. 13-00105 LEK-RLP

45. <u>U.S. Fire Ins. Co. v. Bratt</u>; Civil No. 13-00107 LEK-BMK

46. <u>Flowe v. Tavares</u>; Civil No. 13-00111 LEK-BMK

47. <u>Kobayashi v. Humana, Inc.</u>; Civil No. 13-00112 LEK-RLP

48. <u>Burns v. Shores</u>; Civil No. 13-00122 LEK-BMK

49. <u>Obata v. Harrington</u>; Civil No. 13-00137 LEK-RLP

50. <u>Randolph Divs. Inc. V. Apple Inc.</u>; Civil No. 13-00148 LEK-BMK

51. <u>Penn-Star Ins. Co. V. Man Lee Constr. Inc.</u>; Civil No. 13-00153 LEK-KSC

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, May 10, 2013.



    /S/ Leslie E. Kobayashi
    Leslie E. Kobayashi
    United States District Judge