Of Counsel:
DWYER SCHRAFF MEYER
  GRANT & GREEN
Attorneys at Law, A Law Corporation
WILLIAM G. MEYER, III        2513-0
PAUL A. SCHRAFF              2895-0
1800 Pioneer Plaza
900 Fort Street Mall
Honolulu, Hawaii  96813
Telephone:  (808) 524-8000
Facsimile:  (808) 537-4667
Email:  wmeyer@dwyerlaw.com
Email:  pschraff@dwyerlaw.com

Attorneys for Plaintiffs
  RANDOLPH DIVISIONS INC.; and
  HEARPOD, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RANDOLPH DIVISIONS INC., a Hawaii corporation; and HEARPOD, INC., a Nevada corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>APPLE INC., a California corporation<br><br>　　　　　Defendant. | CIVIL NO. CV 13 00148 DKW-BMK<br><br>NOTICE OF DISMISSAL WITHOUT PREJUDICE |

### **NOTICE OF DISMISSAL WITHOUT PREJUDICE**

In accordance with Rule 41(a)(1)(A)(i), Federal Rules of Civil

Procedure, Plaintiff RANDOLPH DIVISIONS INC. and Plaintiff HEARPOD,

INC. hereby DISMISS this action by notice WITHOUT PREJUDICE.

DATED: Honolulu, Hawaii, June 14, 2013.

/s/ Paul A. Schraff_____
WILLIAM G. MEYER, III
PAUL A. SCHRAFF
Attorneys for Plaintiffs
   RANDOLPH DIVISIONS INC.; and
   HEARPOD, INC.